IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Elizabeth Gonzalez individually and in representation of her minor son Kristen Ed Astacio Gonzalez.<br>Plaintiff(s),<br><br>v.<br><br>Ford Motor Company, et al.<br>Defendant(s). | Civil No. 97-1471 (DRD)<br><br>PLAINTIFF(S) DEMAND(S) TRIAL BY JURY |

**MOTION REQUESTING WITHDRAWAL OF FUNDS**

TO THE HONORABLE COURT:

COME NOW co-plaintiff Kristen Ed Astacio Gonzalez a/k/a Kristen Astacio Gonzalez and Kristin Astacio Gonzalez through the undersigned attorney and respectfully states and requests as follows:

**I.**

The instant case was settled on November 16, 1998. Upon the Court's approval of the settlement Ford Motor Company consigned with the registry of the Court a check in payment of the share belonging to minor Kristen Ed Astacio Gonzalez. Docket Entry 71 of December 10, 1998, receipt number 97779.

**II.**

The funds belonging to Kristen Ed Astacio Gonzalez were deposited in an Investment Account with UBS Financial Services, Incorporated of Puerto Rico, account number JX 39073 60 Elizabeth Gonzalez custodian for Kristin Astacio Gonzalez.

**III.**

On May 29, 2005 Kristen Ed Astacio Gonzalez became of legal age. Attached hereto as exhibit 1 is a certified copy of his birth certificate.

It is respectfully requested that an Order be entered ordering UBS Financial Services to issue a check payable to Kristen Ed Astacio Gonzalez for the total amount currently in account number JX 39073 60.

In San Juan, Puerto Rico, this 23th day of October, 2006.

s/Jorge Miguel Suro Ballester
**JORGE MIGUEL SURO BALLESTER**
Attorney for Plaintiffs
**USDC-PR 121713**
PH -2, 1225 PONCE DE LEON AVE.
SAN JUAN, P.R. 00907-3921
TELS: 724-5522/5542; FAX: 722-7711
Email: jmsb@prtc.net