## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### (COMMONWEALTH OF PUERTO RICO)

DEPARTMENTO DE SALUD
(DEPARTMENT OF HEALTH)

**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)

CERTIFICACION DE NACIMIENTO
(CERTIFICATION OF BIRTH)

NUMERO
D2085816

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1984-02251-026204-001627-00344069

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
KRISTEN ED ASTACIO GONZALEZ

DOMICILIO (DWELLING HOUSE)
BAYAMON, PUERTO RICO

FECHA NACIMIENTO (BIRTHDATE)         FECHA INSCRIPCION (REGISTRATION DATE)
29 MAY 1984                          04 JUN 1984

LUGAR NACIMIENTO (BIRTHPLACE)                SEXO (SEX)
SAN JUAN, PUERTO RICO                        M

NOMBRE DEL PADRE (FATHER'S NAME)             EDAD (AGE)
EDGARDO RAFAEL ASTACIO                       28

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
SAN JUAN, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)           EDAD (AGE)
ELIZABETH GONZALEZ                           24

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
ILLINOIS, ESTADOS UNIDOS

FECHA EXPEDICION (DATE ISSUED)
22 AGO 2006

************************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)



Estado Libre Asociado de Puerto Rico
Departamento de Salud



**ADVERTENCIA:** Cualquier alteración o borradura cancela esta certificación.
**WARNING:** Any alteration or erasure voids this certification.