IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELIZABETH GONZALEZ, et als.,

Plaintiff,

v.

FORD MOTOR COMPANY, et al.,

Defendants.

Civil No. 97-1471 (DRD)

## ORDER FOR DISBURSEMENT OF FUNDS

Pending before the Court is Plaintiff, Kristen Ed Astacio Gonzalez a/k/a Kristen Astacio Gonzalez and Kristin Astacion Gonzalez' *Motion For Disbursement of Funds* (Docket No. 76-1), filed on October 25, 2006.  Plaintiff requests the release of funds held in his name at UBS Financial Services, Incorporated of Puerto Rico.  Plaintiff states that he is of legal age, said fact being confirmed by his birth certificate which was attached to the pending Motion.  *See* Docket No. 76.

The Clerk of the Court has verified the withdrawal and confirmed that the funds were transferred to UBS.  No certification of funds is needed since the funds were disbursed from the Registry of the Court.  Therefore, Plaintiff's *Motion For Disbursement of Funds* (Docket No. 76-1) is hereby **GRANTED**.

The Court hereby **ORDERS** UBS Financial Services, Incorporated of Puerto Rico, to issue a check payable to, **Kristen Ed Astacio Gonzalez**, for the total amount currently under **Kristen Ed Astacio Gonzalez.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of January, 2007.

s/Daniel R. Domínguez
DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE